Certificate Number: 01356-CAN-DE-017761092

Bankruptcy Case Number: 09-41520


01356-CAN-DE-017761092

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 29, 2012</u>, at <u>12:56</u> o'clock <u>AM EDT</u>, <u>Erik Robert Faulkner</u> completed a course on personal financial management given <u>by internet</u> by <u>Hummingbird Credit Counseling and Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of California</u>.

Date: <u>March 29, 2012</u>          By:   <u>/s/Michelle Ventour for Victoria Wright</u>

                                  Name: <u>Victoria Wright</u>

                                  Title: <u>Executive Director of Education</u>

Certificate Number: 01356-CAN-DE-017761099

Bankruptcy Case Number: 09-41520


01356-CAN-DE-017761099

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 29, 2012</u>, at <u>1:03</u> o'clock <u>AM EDT</u>, <u>Megan Crawford Faulkner</u> completed a course on personal financial management given <u>by internet</u> by <u>Hummingbird Credit Counseling and Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of California</u>.

Date: <u>March 29, 2012</u>    By:    <u>/s/Michelle Ventour for Victoria Wright</u>

Name: <u>Victoria Wright</u>

Title: <u>Executive Director of Education</u>